IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Civil Action No. 23-cv-00742-RM-KAS

JACQUELINE LONG, and
JOHN PRIZANT, a sole proprietorship d/b/a Generational Solutions,

    Plaintiffs,

v.

JEANNE ANDLINGER,

    Defendant.

---

## ORDER

---

Before the Court is Plaintiff Long's Motion to Dismiss (ECF No. 58), seeking to dismiss with prejudice all claims and this action in light of the parties having fully performed under a binding settlement agreement. The Motion states that it is not opposed by Defendant, and the deadline to respond has passed without a response from either Defendant or Plaintiff Prizant. The Court discerns no reason why the case should remain open.

Accordingly, the Motion is GRANTED, and the Clerk is directed to CLOSE this case.

DATED this 22nd day of November, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge